IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD HARRIS,
    Plaintiff,

vs.                              Case No.: 5:05cv247/MCR/EMT

JOHN DOE,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1, attach.).  On December 7, 2005, this court entered an order (Doc. 3) giving Plaintiff thirty (30) days in which to file an amended complaint.  Plaintiff failed to respond to the order,[1] therefore, on January 10, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 6).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this  2nd  day of February 2006.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**
           **NOTICE TO THE PARTIES**

---

[1] The copy of the order to amend mailed to Plaintiff by the clerk of court was returned to the court unopened and marked "REFUSED TO SIGN FOR:  SAID 'SEND IT BACK'" (*see* Doc. 4).

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).